

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| 3D VENTURES CAPITAL, LLC, | § | No. 08-23-00299-CV |
| Appellant, | § | Appeal from the |
| v. | § | 166th District Court |
| GENE TOSCANO, Individually and GENE TOSCANO, INC, | § | of Bexar County, Texas |
| | § | (TC# 2022-CI-20532) |
| Appellee. | § | |
| | § | |

## **MEMORANDUM OPINION**

Before this Court is Appellant's unopposed motion to voluntarily dismiss this appeal.[1]  The motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

JEFF ALLEY, Chief Justice

January 5, 2024

Before Alley, C.J., Palafox, and Soto, JJ.

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.